# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williamson, Michael G. | Bankruptcy Court-M.D. Florida | 10/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge-Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue
Suite 840
Tampa, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Stetson University College of Law |
| 2. | Co-Author of Bankruptcy Law Manual | West Services, Inc. (Publisher) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 5/20/2013 | Adjunct Professor, Stetson University College of Law: Teach bankruptcy course one semester per year beginning Spring 2014 (January-April) |
| 2. | 1/3/2014 | Co-Author of Bankruptcy Law Manual published by West Services, Inc.: Prepare annual updates. |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | West Services, Inc.-Royalties from Bankruptcy Law Manual | $17,916.18 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | State of Florida |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | January 17-18, 2018 | Orlando, FL | Business Law Section Committee Meetings | Transportation, lodging, meals |
| 2. | American Bankruptcy Institute | January 18-19, 2018 | Tampa, FL | Seminar Panelist | Meals |
| 3. | RICORE Investment Management, Inc. | March 5-6, 2018 | Fort Lauderdale, FL | Seminar Speaker | Transportation, lodging, meals |
| 4. | The Florida Bar | March 21-25, 2018 | Cartagena, Colombia | Business Law Section Executive Council Retreat | Transporation, lodging, meals |
| 5. | American Bar Association | April 12-13, 2018 | Orlando, FL | Speaker/Panelist-ABA Business Law Section Spring Meeting | Transportation, lodging, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Williamson, Michael G.** | 10/03/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Central Florida Bankruptcy Law Association | May 16-17, 2018 | Orlando, FL | Seminar Speaker/Panelist | Transportation, lodging, meals |
| 7. | The Florida Bar | June 13-15, 2018 | Orlando, FL | Business Law Section Committee & Executive Council Meetings | Transportation, lodging, meals |
| 8. | Jacksonville Bankruptcy Bar Association | August 16-17, 2018 | Ponte Vedra Beach, FL | Seminar Panelist | Transportation, lodging, meals |
| 9. | The Florida Bar | August 31-September 3, 2018 | Bonita Springs, FL | Business Law Section Committee & Executive Council Meetings | Transportation, lodging, meals |
| 10. | National Conference of Bankruptcy Judges | October 27-November 4, 2018 | San Antonio, TX | Annual Conference | Lodging |
| 11. | The Florida Bar | November 8-9, 2018 | Miami, FL | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 10/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One | Credit Card | K |
| 2. | SunTrust Bank | Unsecured Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 10/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab-Joint Tenants Account (H) | | | | | | | | | |
| 2. - Money Market | A | Interest | J | T | | | | | |
| 3. Schwab IRA (H) | | | | | | | | | |
| 4. - DFA Emerging Markets Core Equity Portfolio | B | Dividend | L | T | Buy (add'l) | 10/30/18 | J | | |
| 5. - DFA Emerging Markets Value Portfolio | A | Dividend | K | T | Sold (part) | 04/24/18 | J | | |
| 6. - DFA Two Year Global Fixed Income Portfolio | C | Dividend | M | T | Sold (part) | 12/31/18 | J | | |
| 7. - DFA US Large Co. Portfolio | C | Dividend | M | T | Sold (part) | 04/24/18 | K | | |
| 8. - DFA US Large Cap Value Portfolio | D | Dividend | M | T | Sold (part) | 02/15/18 | K | | |
| 9. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 10. - DFA US Micro Cap Portfolio | B | Dividend | K | T | Sold (part) | 04/24/18 | K | | |
| 11. - DFA US Small Cap Value Portfolio | C | Dividend | L | T | | | | | |
| 12. - Pimco High Yield Spectrum Instl | A | Dividend | | | Sold | 06/05/18 | K | | |
| 13. - DFA Intl Vector Eqty Port | B | Dividend | K | T | | | | | |
| 14. - DFA International Core Equity Portfolio | C | Dividend | L | T | Sold (part) | 04/24/18 | K | | |
| 15. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 16. - DFA Global Real Estate Securities Portfolio | C | Dividend | L | T | Buy (add'l) | 02/15/18 | J | | |
| 17. | | | | | Sold (part) | 04/24/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 19.  - DFA Short Term Extended Quality Port Instl | D | Dividend | M | T | Buy (add'l) | 06/05/18 | J | | |
| 20. | | | | | Sold (part) | 12/31/18 | K | | |
| 21.  - Vanguard Inflation Protected Secs Adm Shr | B | Dividend | K | T | | | | | |
| 22.  - DFA Short Duration Real Return Port Inst | B | Dividend | K | T | Buy (add'l) | 02/15/18 | J | | |
| 23. | | | | | Sold (part) | 12/31/18 | J | | |
| 24.  - DFA Inter Term Extended Quality Port Inst Cl | C | Dividend | L | T | Buy (add'l) | 02/15/18 | K | | |
| 25. | | | | | Sold (part) | 12/31/18 | J | | |
| 26.  - Vanguard Mortgage Backed Sec Index Admiral | B | Dividend | K | T | | | | | |
| 27.  Sunrust bank accounts | A | Interest | K | T | | | | | |
| 28.  Smart 529 College Savings Plan-#1 (H) | | | | | | | | | |
| 29.  - Aggressive Growth Portfolio D | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 10/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III.A.: I did not teach a class at Stetson University College of Law during calendar year 2018.

Part III.A.: Royalties do not constitute outside earned income, pursuant to Section 3(b)(5) of the Judicial Conference Regulations on Gifts, Outside Earned Income, Honoraria and Employment.

Part VI, Line 1: The balance on the Capital One credit card was below the reporting threshold at the end of the reporting period for 2017, and thus was not included in the report for that year.

Part VI, Line 2: The balance on the Suntrust Bank line of credit did not meet the reporting threshold in 2017, and thus was not included in the report for that year.

Part VII: Phoenix Universal Life Ins (H) [Part VII, Lines 3-5 of 2017 Report] is not listed in this report because it was redeemed 10/30/17.

Part VII: MFS IRA (H) [Part VII, Lines 6-7 of 2017 Report] is not listed in this report because it was fully distributed 12/14/17.

Part VII, Line 28: Amended the header to delete the identity of a relative by relationship.

Part VII, Line 29: Amended Column B(2) to add "None."

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 10/03/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael G. Williamson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544